No. 04–5067.  PALUMBO v. ORTIZ, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 04–5068.  ABREU ACEVES v. KNOWLES, WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 04–5069.  PASSARELLI v. GIURBINO, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–5071.  THOMAS v. MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 04–5073.  TASSLER v. BLOOMBERG ET AL.  C. A. 8th Cir. Certiorari denied.

No. 04–5074.  BRADLEY v. LUEBBERS, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 04–5075.  BRUZON v. STEARNS ET AL.  C. A. 11th Cir. Certiorari denied.

No. 04–5076.  BENNETT v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 04–5078.  MILES v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 04–5079.  RINALDO v. ROSS.  C. A. 11th Cir.  Certiorari denied.

No. 04–5080.  MITCHELL v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 04–5081.  CHEEK v. NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., New Hanover County, N. C.  Certiorari denied.

No. 04–5082.  COLES v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 04–5087.  NARANJO v. MASSACHUSETTS.  App. Ct. Mass. Certiorari denied.